IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:05CR252 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| AMIN MOHAMMAD, | ) | |
| | ) | |
| Defendant. | ) | FINAL ORDER OF FORFEITURE |

It appears to the Court that proper proceedings for the issuance of a Final Order of Forfeiture have been had in this case as follows:

1.  On May 25, 2005, a federal grand jury sitting in this district returned a one count indictment against Amin Mohammad and three (3) co-defendants. The indictment charged the defendants with conspiracy to distribute, and to possess with the intent to distribute, pseudoephedrine; in violation of 21 U.S.C. § 846, § 841(a)(1), and § 841(c)(2).

2.  Pursuant to 21 U.S.C. § 853, the indictment further sought the forfeiture to the United States of any and all property constituting, or derived from, any proceeds the

defendants obtained, directly or indirectly, as the result of Count 1; and, any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of Count 1.

3. On November 30, 2005, defendant Mohammad entered a plea of guilty to the charge set forth in Count 1 of the indictment and, pursuant to 21 U.S.C. § 853(a), agreed to the forfeiture of the following properties to the United States:

a.) the real estate property located at 1348 West 110 Street, Cleveland, Ohio.

b.) a service station located at 4126 Pearl Road, Cleveland, Ohio.

c.) $50,000.00 in U.S. Currency.

4. Further, defendant Mohammad has agreed:

a.) The property identified in paragraph 3(c) is subject to forfeiture under 21 U.S.C. § 853(a)(1) as it constitutes proceeds he obtained as the result of the criminal activity charged in Count 1 of the indictment.

b.) The properties identified in paragraphs 3(a) and 3(b) are subject to forfeiture under 21 U.S.C. § 853(a)(2) as they were used to commit, and to facilitate the commission of, the criminal activity charged in Count 1 of the indictment.

c.) Defendant Mohammad has transferred the property identified in paragraph 3(c) [to wit: $50,000.00 in U.S.

2

Currency] to third parties, and/or has commingled it with other property which cannot be divided without difficulty.

d.) Defendant Mohammad agreed to turn over a check in the amount of $50,000.00 to the United States.

e.) Pursuant to 21 U.S.C. § 853(p), defendant Mohammad further agreed to the forfeiture of the $50,000.00 check as "substitute property" for the property identified in paragraph 3(c).

5. The United States has agreed:

a.) To accept a monetary settlement of $100,000.00 in lieu of the forfeiture of the properties identified in paragraphs 3(a) and 3(b) [to wit: the real estate property located at 1348 West 110 Street, Cleveland, Ohio; and, the service station located at 4126 Pearl Road, Cleveland, Ohio].

b.) Upon the final forfeiture of the $100,000.00, the United States agreed that it will not seek any further forfeiture with respect to the properties identified in paragraphs 3(a) and 3(b), based upon the criminal activity charged in the indictment.

6. A Preliminary Order of Forfeiture was filed on December 6, 2005. Therein, the $50,000.00 check and the $100,000.00 check to be turned over by defendant Mohammad were forfeited to the United States under 21 U.S.C. § 853, subject to the provisions of 21 U.S.C. § 853(n).

7. On or about April 12, 2007, defendant Mohammad turned

3

over three (3) $50,000.00 official checks to the United States.

8. Pursuant to 21 U.S.C. § 853(n)(1), the United States published notification of the Court's Preliminary Order of Forfeiture in the Cleveland <u>Daily Legal News</u>. Attached hereto as Exhibit 1 is a copy of the notice.

9. No opposition to the forfeiture was filed as a result of the published notification.

Accordingly, it is ORDERED, ADJUDGED, and DECREED:

10. The following properties are hereby finally forfeited to the United States under 21 U.S.C. § 853(a) and § 853(p), and no right, title or interest shall exist in any other party:

a.) $50,000.00, which defendant Mohammad turned over to the United States as "substitute property" pursuant to 21 U.S.C. § 853(p); and,

b.) $100,000.00, which defendant Mohammad turned over to the United States in lieu of the forfeiture of the properties identified in paragraphs 3(a) and 3(b) [to wit: the real estate property located at 1348 West 110 Street, Cleveland, Ohio; and, the service station located at 4126 Pearl Road, Cleveland, Ohio].

11. The United States shall seize and take control of the properties, and shall dispose of them in accordance with law. Particularly, the $100,000.00 shall be treated in the same manner as the proceeds of sale of a forfeited item and disposed of according to law. 19 U.S.C. § 1613(c).

4

12. The United States shall not seek any further forfeiture with respect to the properties identified in paragraphs 3(a) and 3(b), based upon the criminal activity charged in the indictment.

SO ORDERED this 24th day of May, 2007.

Christopher A. Boyko
United States District Judge

FILED
MAY 24 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

5

Case 1:05-cr-00252-CAB   Document 214   Filed 03/20/2007   Page 1 of 2

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form* |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>1:05CR252 |
|---|---|
| DEFENDANT<br>Amin Mohammed and Ibrahim Oudeh | TYPE OF PROCESS<br>Notice of Publication |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Daily Legal News

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

2935 Prospect Avenue, Cleveland, Ohio 44115

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW

James L. Morford
Assistant United States Attorney
Office of the United States Attorney
United States Court House, 801 W. Superior Avenue,
Suite 400, Cleveland, Ohio 44113
(216) 622-3743

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Publish the attached Notice in accordance in with the Preliminary Order of Forfeiture, also attached

CATS ID: 07-DEA-479262

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: (216) 622-3743
DATE: 02/15/2007

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

REMARKS: PUBLISHED ONCE A WEEK FOR THREE WEEKS. POP ATTACHED.

Date: 3-17-07    0830

PRIOR EDITIONS MAY BE USED

**GOVERNMENT EXHIBIT 1**

FORM USM 285 (Rev. 12/15/80)

Case: 1:05-cr-00252-CAB Doc #: 229 Filed: 05/24/07 7 of 7. PageID #: 1712
Case 1:05-cr-00252-CAB Document 228-3 Filed 05/23/2007 Page 2 of 2
Case 1:05-cr-00252-CAB Document 214 Filed 03/20/2007 Page 2 of 2

STATE OF OHIO,  } SS.
COUNTY OF CUYAHOGA

Case No. 1:05CR252
Caption: United States v. Amin Mohammad, Ibrahim Oudeh

I, Carol Hackney, being duly sworn upon my oath, depose and say that I am the agent of the DAILY LEGAL NEWS, and that the annexed advertisement attached hereto was published in the DAILY LEGAL NEWS, a daily newspaper of general circulation, printed in the City of Cleveland, County of Cuyahoga, Ohio for a period of 3 consecutive weeks, and on the same day of each week, on and after the 3rd day of March A.D. 2007.

Publication Fee   $344.50

_Carol Hackney_ (signature)

Sworn to and subscribed in my presence this 17th day of March A.D. 2007.

_Rae Szabo_ (signature)
Notary Public

Rae Szabo
STATE OF OHIO (Cuyahoga County)
My Commission Expires March 19, 2010.

Daily Legal News
2935 Prospect Avenue
Cleveland, OH 44115
(216) 696-3322

**NOTICE OF PUBLICATION**
Notice is hereby given that on December 6, 2005, in the case of United States v. Amin Mohammad, Ibrahim Oudeh, Criminal Case No. 1:05CR252, the United States District Court for the Northern District of Ohio entered an Order forfeiting the following properties to the United States of America:
1.) $50,000.00 certified check, which defendant AMIN MOHAMMAD has agreed to turn over to the United States as "substitute property" pursuant to 21 U.B.C. § 853(p).
2.) $100,000.00 in lieu of the forfeiture of the real estate property located at 1348 West 110 Street, Cleveland, Ohio; and, a service station located at 4126 Pearl Road, Cleveland, Ohio. (AMIN MOHAMMAD)
3.) $50,000.00 certified check, which defendant IBRAHIM OUDEH turned over to the United States on January 16, 2007, as "substitute property" pursuant to 21 U.B.C. § 853(p).

The United States hereby gives notice of its intent to dispose of the subject properties in such manner as the United States Attorney General may direct. Any person [other than defendants Amin Mohammad and Ibrahim Oudeh] having or claiming a legal right, title or interest in the subject properties must file a petition with the Court in the above-captioned case within thirty (30) days of the final publication of this notice. The petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest, and shall be filled with the Court at the following address: Clerk's Office: Carl B. Stokes U.S. Court House, 801 West Superior Avenue, Cleveland, Ohio 44113. A copy of the petition also shall be provided to the Office of the United States Attorney, Attention: Asset Forfeiture Section; Carl B. Stokes U.S. Court House, 801 West Superior Avenue, Suite 400; Cleveland, Ohio 44113. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the subject properties, the time and circumstances of the petitioner's acquisition of the right, title or interest, and any additional facts supporting the petitioner's claim and the relief sought.
United States Marshals Service
Northern District of Ohio
Mar 3-10-17, 2007

**PROOF OF PUBLICATION**

Order 00003900