IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:05CR0252 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPH BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| AMIN MOHAMMAD, | ) | **DEFENDANT'S MOTION TO** |
| | ) | **SUPPLEMENT PRE-SENTENCE** |
| Defendant. | ) | **INVESTIGATIVE REPORT AND** |
| | ) | **ORDER** |

Now comes the Defendant, Amin Mohammad, and respectfully requests this Honorable Court to supplement the previously prepared Pre-Sentence Investigative Report. During the pre-sentence interview with Federal Probation the Defendant was interviewed in the presence of his wife. The Defendant was reluctant to discuss his chemical abuse problems while his wife was there. The fact of the matter is that several members of his immediate family and friends were aware of continuing marijuana and alcohol issues. The Defendant for years was a teetotaler who started smoking marijuana and abusing alcohol on a somewhat regular basis.

Since the federal institution provides an extensive chemical dependency program with an exceptional success rate, it is respectfully requested that the Pre-Sentence Report be amended to reflect his marijuana and alcohol problems. It is also respectfully

*Denied — The Court's decision is based upon the Memorandum attached generated at the Court's P.O. request from Lewis. 10/28/08 CAB, J.*